UNITED STATES PROBATION OFFICE
EASTERN DISTRICT OF NORTH CAROLINA

Van R. Freeman, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Fax: 919-861-5555

**DATE:** March 7, 2024

**FROM:** Timothy L. Gupton
Senior U.S. Probation Officer

**SUBJECT:** **COPPEDGE, Donald Junior**
**Case No.: 4:09-CR-54-2BO**
**Request for Early Termination**

**TO:** Terrence W. Boyle
United States District Judge

On July 8, 2010, Donald Junior Coppedge was convicted of Distribution of a Quantity of Cocaine Base (Crack) and Possession With Intent to Distribute a Quantity of Cocaine. Mr. Coppedge appeared in United States District Court for the Eastern District of North Carolina and received 240 months imprisonment, followed by 6 years of supervised release. On November 19, 2019, pursuant to 18 U.S.C. § 3582(c)(1)(B), his term of imprisonment was reduced to 150 months. He began supervision on January 28, 2020.

Mr. Coppedge has performed satisfactorily on supervision. He has submitted to DNA testing, and with the exception of traffic offenses, he has had no new criminal charges. He has been on low intensity supervision since March 2023. All drug screens have been negative. Mr. Coppedge is also gainfully employed and has met all his monetary obligations. His term of supervision is set to expire on January 27, 2026.

The probation office is requesting early termination. The U.S. Attorney's Office agrees with our recommendation for early termination. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____        3-7-24
Terrence W. Boyle                    Date
United States District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.  Crim. No. 4:09-CR-54-2BO

**DONALD JUNIOR COPPEDGE**

On January 28, 2020, the above named was released from prison and commenced a term of supervised release for a period of 72 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Timothy L. Gupton  
Timothy L. Gupton  
Senior U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8686  
Executed On: March 7, 2024

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __7__ day of __March__, 2024.

Terrence W. Boyle  
U.S. District Judge